**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
(702) 385-7000 FAX
efile@alversontaylor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG ALLEN,<br><br>Plaintiff<br><br>vs.<br><br>WORLDWIDE FLIGHT SERVICES, INC., a foreign corporation,<br><br>Defendant. | Case No.: 2:21-cv-00102-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Craig Allen ("Plaintiff"), by and through his counsel, the law firm of Alverson Taylor & Sanders, and Defendant Worldwide Flight Services, Inc. ("Defendant"), by and through its counsel, the law firm of Lewis Brisbois Bisgaard & Smith LLP, that the deadline for filing of the parties' Joint Pretrial Order, now set for April 12, 2023, pursuant to the Court's March 10, 2021 Scheduling Order (ECF No. 19) and the Court's March 13, 2023 Order Granting Defendant's Motion for Partial Summary Judgment (ECF No. 35), should be extended by an additional seven (7) days to April 19, 2023 to enable the parties to sufficiently discuss and finalize the Joint Pretrial Order, thereby providing the Court with a more complete Pretrial Order. This Is the third stipulation for extension of the

1                                                                                                   KRB-27089

deadline to file the Joint Pretrial Order. Discovery has closed in this case, and the parties are not requesting an extension of any other deadlines as a part of this stipulation. The parties aver, pursuant to Local Rule 26-3, that good cause exists for the requested extension. The schedules of counsel have prevented the parties from sufficiently discussing and finalizing the Joint Pretrial Order. The brief extension requested will allow the parties to finalize and provide to the Court a more complete Pretrial Order. This is the third request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute good cause for the extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file the Joint Pretrial Order by seven (7) days from the current deadline of Wednesday, April 12, 2023 to Wednesday, April 19, 2023.

DATED this 12th day of April, 2023.

ALVERSON TAYLOR & SANDERS

/s/ Kurt R. Bonds
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
Adam R. Knecht, Esq.
Nevada Bar #13166
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Attorneys for Plaintiff
CRAIG ALLEN

DATED this 12th day of April, 2023.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ James E. Murphy
Josh Cole Aicklen, Esq.
Nevada Bar No. 7245
James E. Murphy, Esq.
Nevada Bar No. 8586
Tamara M. Cannella, Esq.
Nevada Bar No. 15517
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
WORLDWIDE FLIGHT SERVICES, INC.

IT IS SO ORDERED.

DATED this 13th day of April, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

KRB-27089