JOSH COLE AICKLEN
Nevada Bar No. 7254
Email: Josh.Aicklen@LewisBrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383 / Fax: 702.893.3789

BRANDON D. WRIGHT
Nevada Bar No. 13286
Email: Brandon.Wright@LewisBrisbois.com
SEAN H. LANCASTER
Nevada Bar No. 16420
Email: Sean.Lancaster@LewisBrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Ln Suite 200,
Reno, NV 89511
Tel: 775.399.6383 / Fax: 775.827.9256

*Attorneys for Defendant*
WORLDWIDE FLIGHT SERVICES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG ALLEN, an individual<br><br>  Plaintiff,<br><br>vs.<br><br>WORLDWIDE FLIGHT SERVICES, INC., a foreign corporation,<br><br>  Defendant. | CASE NO. 2:21-cv-00102-KJD-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED among the parties to the above-entitled action, by and through their undersigned respective counsel of record, that the above-entitled action may be dismissed with prejudice in its entirety, with the parties to each bear their own costs and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED that the Clerk of the above-entitled Court shall return any fees or deposits for Jury Fees or any other deposits to the depositor.



131041059.2

IT IS FURTHER STIPULATED AND AGREED that all future events and hearings scheduled for this matter shall be taken off calendar and vacated.

DATED this 22nd day of December, 2023.

| ALVERSON TAYLOR & SANDERS | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Adam R. Knecht | /s/ Brandon D. Wright |
| KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>ADAM R. KNECHT, ESQ.<br>Nevada Bar No. 13166<br>CHARLES DESKINS, ESQ.<br>Nevada Bar No. 15532<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, Nevada 89144<br>(702) 998-1022<br>*Attorneys for Plaintiff CRAIG ALLEN* | JOSH COLE AICKLEN<br>Nevada Bar No. 7254<br>BRANDON D. WRIGHT<br>Nevada Bar No. 13286<br>SEAN H. LANCASTER<br>Nevada Bar No. 16420<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>775.399.6383<br>*Attorneys for Defendant WORLDWIDE FLIGHT SERVICES, INC.* |

**IT IS SO ORDERED.**
DATED: December 22, 2023

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE